# United States District Court

DISTRICT OF _____

FILED
IN CLERKS OFFICE

JULIAN MONTESINO
Plaintiff

V.

"I.N.S." CUSTOM SERVICE
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

U.S. DISTRICT COURT
DISTRICT OF MASS

CASE NUMBER:

05-10319-RWZ

I, Julian Montesino, declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant    [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    [X] Yes    [ ] No    (If "No" go to Part 2)

    If "Yes" state the place of your incarceration  MCI-▓▓▓▓ Norfolk

    Are you employed at the institution? YES   Do you receive any payment from the institution? Yes

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    [ ] Yes    [X] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment        [ ] Yes   [X] No
    b. Rent payments, interest or dividends                 [ ] Yes   [X] No
    c. Pensions, annuities or life insurance payments       [ ] Yes   [X] No
    d. Disability or workers compensation payments          [ ] Yes   [X] No
    e. Gifts or inheritances                                [ ] Yes   [X] No
    f. Any other sources                                    [ ] Yes   [X] No

    If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

4. Do you have **any** cash or checking or savings accounts?  [X] Yes  [ ] No

   If "Yes" state the total amount. $24.63

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  [ ] Yes  [X] No

   If "Yes" describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____          _____
DATE                             SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

MCI NORFOLK

Inmate Name............   MONTESINO   JULIAM

Commitment number....   W83813

Period encompassed....   8/1/2004 THRU   1/31/2005

|  | Personal | Savings | Total |
|---|---|---|---|
| Six Month Average Daily Balance | 4.11 | 14.11 | 18.21 |
| 20% of Six Month Average Daily Balance | 3.64 | | |
| Total Expenditures for Period | | | 54.53 |
| Total Income for Period | | | 77.69 |

To the best of my knowledge, the above summary information is true and accurate:

Signed _Marsha Collins_
MARSHA COLLINS, Treasurer

Time: _11:04 AM_

Date: _2/4/05_

Note: A copy of the inmate's account activity statement for the six month period
("Inmate Transaction History") is attached.

_court_

# COMMONWEALTH OF MASSACHUSETTS
# DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20050204 10:29

| Commit# : | W83813 | | | | MCI NORFOLK | | | | Page : 1 |
|---|---|---|---|---|---|---|---|---|---|
| Name : | MONTESINO, JULIAN, , | | | | Statement From | 20040801 | | | |
| Inst : | MCI NORFOLK | | | | To | 20050131 | | | |
| Block : | P-1 | | | | | | | | |
| Cell/Bed : | 1/4 | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal | | Savings | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Income | Expense | Income | Expense |
| | | | | Total Transaction before this Period : | | $90.00 | $90.00 | $66.97 | $64.48 |
| 20040811 17:04 | IS - Interest | 3220860 | | CON | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040811 17:04 | IS - Interest | 3220861 | | CON | | $0.00 | $0.00 | $0.02 | $0.00 |
| 20040908 16:51 | IS - Interest | 3346948 | | CON | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20040908 23:03 | PY - Payroll | 3355588 | | CON | ~20040822 To 20040828 | $0.50 | $0.00 | $0.00 | $0.00 |
| 20040908 23:03 | PY - Payroll | 3355589 | | CON | ~20040822 To 20040828 | $0.00 | $0.00 | $0.50 | $0.00 |
| 20041013 16:59 | IS - Interest | 3512002 | | CON | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3512003 | | CON | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041022 14:18 | AJ - Adjustments | 3560616 | | CON | ~MISSING PAYROLL | $23.00 | $0.00 | $0.00 | $0.00 |
| 20041022 14:18 | AT - Account Transfer | 3560617 | | CON | ~FROM MISSING PAYROLL -W83813 MONTESINO,JULIAN SAVINGS | $0.00 | $11.50 | $11.50 | $0.00 |
| 20041027 23:03 | PY - Payroll | 3581121 | | CON | ~20041010 To 20041016 | $2.50 | $0.00 | $0.00 | $0.00 |
| 20041027 23:03 | PY - Payroll | 3581122 | | CON | ~20041010 To 20041016 | $0.00 | $0.00 | $2.50 | $0.00 |
| 20041102 09:17 | TI - Transfer from Institution | 3599248 | | CON | | $0.00 | $14.50 | $0.00 | $0.00 |
| 20041102 09:17 | TI - Transfer from Institution | 3599251 | | NOR | | $0.00 | $0.00 | $17.01 | $0.00 |
| 20041102 09:17 | TI - Transfer from Institution | 3599249 | | NOR | | $14.50 | $0.00 | $0.00 | $0.00 |
| 20041102 09:17 | TI - Transfer from Institution | 3599250 | | CON | | $0.00 | $0.00 | $0.00 | $17.01 |
| 20041103 23:04 | PY - Payroll | 3614013 | | CON | ~20041017 To 20041023 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20041103 23:04 | PY - Payroll | 3614018 | | CON | ~20041017 To 20041023 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20041103 23:04 | TI - Transfer from Institution | 3614017 | | NOR | ~Associate Receipt Number is 3614013 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20041103 23:04 | TI - Transfer from Institution | 3614016 | | CON | ~Associate Receipt Number is 3614013 | $0.00 | $0.00 | $0.00 | $3.75 |
| 20041103 23:04 | TI - Transfer from Institution | 3614014 | | CON | ~Associate Receipt Number is 3614013 | $0.00 | $3.75 | $0.00 | $0.00 |
| 20041103 23:04 | TI - Transfer from Institution | 3614015 | | NOR | ~Associate Receipt Number is 3614013 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20041110 16:47 | IS - Interest | 3657533 | | NOR | | $0.00 | $0.00 | $0.00 | $0.00 |
| 20041110 16:47 | IS - Interest | 3657534 | | NOR | | $0.00 | $0.00 | $0.01 | $0.00 |
| 20041110 23:05 | PY - Payroll | 3664754 | | CON | ~20041024 To 20041030 | $3.75 | $0.00 | $0.00 | $0.00 |
| 20041110 23:05 | TI - Transfer from Institution | 3664755 | | CON | ~Associate Receipt Number is 3664754 | $0.00 | $3.75 | $0.00 | $0.00 |
| 20041110 23:05 | TI - Transfer from Institution | 3664757 | | CON | ~Associate Receipt Number is 3664754 | $0.00 | $0.00 | $0.00 | $3.75 |
| 20041110 23:05 | TI - Transfer from Institution | 3664758 | | NOR | ~Associate Receipt Number is 3664754 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20041110 23:05 | PY - Payroll | 3664759 | | CON | ~20041024 To 20041030 | $0.00 | $0.00 | $3.75 | $0.00 |
| 20041110 23:05 | TI - Transfer from Institution | 3664756 | | NOR | ~Associate Receipt Number is 3664754 | $3.75 | $0.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050204 10:29

| | | | | |
|---|---|---|---|---|
| Commit# : | W83813 | | MCI NORFOLK | Page: 2 |
| Name : | MONTESINO, JULIAN, , | Statement From | 20040801 | |
| Inst : | MCI NORFOLK | To | 20050131 | |
| Block : | P-1 | | | |
| Cell/Bed : | 1 /4 | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041122 09:42 | IC - Transfer from Inmate to Club A/c | 3707408 | | NOR | -HAIRCUT REVENUE - Z3-HAIRCUT REVENUE - Z3 | $0.00 | $1.50 | $0.00 | $0.00 |
| 20041129 22:30 | CN - Canteen | 3737223 | | NOR | -Canteen Date : 20041129 | $0.00 | $5.45 | $0.00 | $0.00 |
| 20041207 17:01 | IS - Interest | 3790481 | | NOR | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20041207 17:01 | IS - Interest | 3790482 | | NOR | | $0.00 | $0.00 | $0.05 | $0.00 |
| 20041209 22:30 | CN - Canteen | 3810779 | | NOR | -Canteen Date : 20041209 | $0.00 | $8.04 | $0.00 | $0.00 |
| 20041216 22:30 | CN - Canteen | 3846890 | | NOR | -Canteen Date  20041216 | $0.00 | $2.86 | $0.00 | $0.00 |
| 20041222 22:30 | CN - Canteen | 3869104 | | NOR | -Canteen Date . 20041222 | $0.00 | $3.18 | $0.00 | $0.00 |
| 20050113 17:07 | IS - Interest | 3991368 | | NOR | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20050113 17:07 | IS - Interest | 3991369 | | NOR | | $0.00 | $0.00 | $0.06 | $0.00 |
| | | | | | | $55.55 | $54.53 | $46.65 | $24.51 |

|  | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $1.02 | $24.63 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $1.02 | $24.63 | $0.00 | $0.00 | $0.00 | $0.00 |