UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 15  P 12: 46

U.S. DISTRICT COURT
DISTRICT OF MASS

JULIAN MONTESINO
      PLAINTIFF, PRO-SE    )

VS.                     )    CIVIL ACTION No._____

**05-10319 RWZ**

BRUCE E. CHADBOURNE, AND THE )
IMMIGRATION AND NATURALIZATION )
SERVICE ("INS") CUSTOM SERVICE )
            RESPONDENTS )

## MOTION FOR APPOINTMENT OF COUNSEL

    Now comes the Plaintiff, Julian Montesino, pro-se and respectfully request that this Honorable court to accept his motion for the appointment of counsel for the purpose of preparing and arguing constitutional violations raised in his motion for Declaratory judgement.

    Wherefore, the plaintiff prays that this Honorable court grant his request for appointment of counsel in accordance with the United States and International Law.

Respectfully Submitted

cc/file

Julian Montesino pro-se
MCI-Norfolk
Post Office Box 43
Norfolk, Mass 02056