```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


JULIAN MONTESINO,              )
         Plaintiff             )
                               )
     v.                        )      C.A. No. 05-10319-RWZ
                               )
BRUCE E. CHADBOURNE, et al.,   )
         Defendants.           )
```

ORDER ON MOTION FOR APPOINTMENT OF COUNSEL

Now before the court is plaintiff's Motion for Appointment of Counsel. Accordingly, it is hereby

ORDERED that plaintiff's motion for appointment of counsel is denied without prejudice to filing such a motion after the named defendants have filed responsive pleadings to the complaint.

SO ORDERED.

Dated at Boston, Massachusetts, this 22nd day of February, 2005

/s/ Rya W. Zobel
RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE