To: Tony Anasta
Clerk Magistrate
United States District Court

FILED
CLERKS OFFICE

2005 APR -7 P 1:43

DISTRICT COURT
DISTRICT OF MASS

From: Julian Montesino
M.C.I Norfolk

Re: New Evidence, Classification Board decision.

Dear Sir;

Here I am sending you enclosed with this letter a copy of the Classification Board's decision to keep me on level four because of the I.C.E. detainer. Please Honorable be kind enough as to put this paper as an evidence of my claim, that is in the case no. C.A. #5-10319-R.W.Z.

Thank in advance for your Trouble Sincerily your.

Julian Montesino
P.O. Box 43
Norfolk, Mass. 02056

# Classification Report

Name: JULIAN MONTESINO                     Commitment#: W83813

Class Type: Subsequent Hearing

## Board Recommendation:

Date: 20050225              Level: 4    Site of Hearing: MCI NORFOLK
Institution: MCI NORFOLK                  Vote: 3-0
Screen For:                           Chairperson: Griggs, Rich
Placement Site:                    Board Member 1: Philbin, Karen
                                 Security Bd Member: Patnode, Robert

Board's Rational:

The board recommends retention at MCI-Norfolk citing ICE detainer. Recommended to participate in AA/NA. Provided with board rationale, process memo, and appeal form.

Review Date:  20050825         Reviewed By:
User(L,F,M,S): Rich Griggs

| | | | |
|---|---|---|---|
| Advised of Recommendation   Yes [X]  No [ ] | Early Parole [ ] | Work Crew [ ] |
| Advised of Appeal Process   Yes [X]  No [ ] | Education Release [ ] | PRA [ ] |
| 48 Hour Notification        Yes [X]  Waive [ ] | Work Release [ ] | PRA Hours |
| | Public Speaking [ ] | Others |

## Classification Appeal

Reason for appeal



## Superintendent/Designee Recommendation.

Level: 4      Institution: MCI NORFOLK                        Date: 20050308
Screen For:              Placement Site:         Recommendation: REMAIN
Reason/Condition
Remain as stated


User(L,F,M,S): Jennifer A Gaffney

Early Parole      [ ]   Work Crew [ ]   Education Release [ ]   Work Release [ ]
Public Speaking [ ]     PRA       [ ]   PRA Hours                Others

## Superintendent/Designee Appeal Decision.

Superintendent/Designee:                        Date:              Decision: