```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

JULIAN MONTESINO,                 )
                                  )
        Petitioner,               )
                                  )
        v.                        )    C.A. No. 05-10319-RWZ
                                  )
BRUCE CHADBOURNE, et al.,         )
                                  )
        Respondents.              )
```

### ORDER OF DISMISSAL

In accordance with the Memorandum and Order dated May 26, 2005, dismissing this action for the reasons stated therein, it is hereby ORDERED that the above-captioned matter is dismissed in its entirety.

May 27, 2005                                By the Court,

                                            /s/ Jeanette McGlamery
                                            Deputy Clerk